**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Khalid M Ghariani** | Social Security number or ITIN   **xxx−xx−2958** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **20−10740−BFK**

## Discharge of Debtor                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Khalid M Ghariani

June 17, 2020                                   **For the court:**   William C. Redden
                                                                     Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Discharge of Debtor**    page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Khalid M Ghariani  
    Debtor

Case No. 20-10740-BFK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9    User: palaciosl    Page 1 of 1    Date Rcvd: Jun 17, 2020  
                     Form ID: 318    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
```
db             +Khalid M Ghariani,    44077 Riverpoint Drive,    Leesburg, VA 20176-8204
cr             +County of Loudoun,    1 Harrison Street, SE (MSC #06),    Leesburg, VA 20175-3102
cr              Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankrupty Div.,
                 P O Box 347 (MSC #31),    Leesburg, VA 20178-0347
15286571       +Apple Federal FCU,    43330 Junction Plaza #105,    Ashburn, VA 20147-3410
15286573       +Delta Management,    22923 Quicksilver Dr,    Sterling, VA 20166-2093
15286574       +District Performance LC,    22923 Quicksilver Dr,    Ste 105,    Sterling, VA 20166-2013
15386582        Kia Benion,    5111 Live Oak St Apt 2105,    Dallas, TX 75206-8870
15386583       +Kia Benion,    7137 South Crandon Avenue,    Chicago, IL 60649-2507
15286575        LightStream,    PO Box 117320,    Atlanta, GA 30368-7320
15286576       +Michael G Gibson Esq,    1320 City Center Dr,    Carmel, IN 46032-3815
15286577       +Nextgear Capital Inc.,    1320 City Center Dr,    Carmel, IN 46032-3815
15287137        Treasurer, County of Loudoun, Virginia,    Attention: Collections/Bankruptcy Div.,
                 P O BOX 347 (MSC #31),    Leesburg, Virginia 20178-0347
15286580       +Vehicle Acceptance Corp,    901 Main Street Ste 3450,    Dallas, TX 75202-3752
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: BJMMEIBURGER.COM Jun 18 2020 08:43:00      Janet M. Meiburger,
                 The Meiburger Law Firm, P.C.,    341 Dial: 866-652-2725 Code: 5661649,
                 1493 Chain Bridge Road, Suite 201,    McLean, VA  22101-5726
15286572        EDI: JPMORGANCHASE Jun 18 2020 08:43:00       Chase,    PO Box 24696,    Columbus, OH 43224-0000
15286578       +EDI: RMSC.COM Jun 18 2020 08:43:00      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
15286579        EDI: RMSC.COM Jun 18 2020 08:43:00      Synchrony Bank,    PO Box 965005,
                 Orlando, FL 32896-5064
15286581       +EDI: WFFC.COM Jun 18 2020 08:43:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
```
              Daniel M. Press    on behalf of Debtor Khalid M Ghariani dpress@chung-press.com,    pressdm@gmail.com
              Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Steven F. Jackson    on behalf of Creditor    County of Loudoun Steve.Jackson@loudoun.gov,
               Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov
                                                                                             TOTAL: 4
```